

FILED

JUL 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Suite 4410 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00162 AWI |
| ) Plaintiff, ) | |
| ) v. ) | ORDER TO UNSEAL INDICTMENT PURSUANT TO FEDERAL RULES OF |
| ERASMO SILVA, ET AL. ) | CRIMINAL PROCEDURE, RULE 6(e). |
| ) Defendants. ) | |

The Indictment in this case having been sealed and partially unsealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the Indictment be unsealed and made public record.

Dated: July __6__, 2006

_____
HON. DENNIS L. BECK
U.S. Magistrate Judge

1